# ORDER OF MULTIDISTRICT LITIGATION PANEL

Order Pronounced November 14, 2014

14-0882      IN RE FARMERS INSURANCE COMPANY WIND/HAIL STORM LITIGATION

Farmers has asked the MDL Panel to clarify the stay order granted on October 31, 2014 in the captioned proceeding. It asks whether the stay prevents it from filing motions to remand three cases that were included in its MDL motion but which have been placed into existing MDL proceedings in Hidalgo County by Rule 13's tag-along procedure.

The October 31 stay order is clarified as follows. Farmers may file motions to remand the three cases, request a hearing, and present its contentions to the pretrial court. Other parties may respond to the remand motions and present their contentions to the pretrial court.